1
 The People of the State of Colorado, v. Gary Allen Hudson. Respondent/Cross-Petitioner No. 23SC942
Supreme Court of Colorado, En Banc
September 3, 2024
 
           Court
 of Appeals Case No. 21CA749
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Cross-Petition
 for Writ of Certiorari DENIED.
 
 
          Whether
 the court of appeals erred by holding that to prove criminal
 possession of a financial device, the prosecution must
 separately prove that an enumerated financial device is
 capable of use at the time of possession.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.